11/19/68 ①  Filed motion for transfer to N.C., W. by Landon Roberts, N.C. counsel
            for Lanseair, Inc.

11/21/68    Filed Panel order setting hearing for litigation in Chicago on Dec. 6th

11/22/68    Mailed Notice of Hearing to all counsel.

12/3/68 ②  Filed opposition of United States to motion for transfer by Lanseair, Inc.

12/9/68 ③  Filed support of plaintiffs in Southern District of New York

12/6/68 ④  Filed affidavit of H. Grady Barnhill, Jr., concerning scope of litigation

12/10/68 ⑤ Filed affidavit of Milton G. Sincoff agreeing to be bound by North
            Carolina discovery.

1/14/69     Filed consent of Chief Judge Woodrow Wilson Jones, N.C., W. for
            transfer of cases to his court.

1/14/69     Filed opinion and order transferring litigation to Honorable Woodrow
            Wilson Jones in Western District of North Carolina.(excludes N.Y., S cases)

PANEL OPINION & ORDER ENTERED JAN. 14, 1969 CITED AS: 297 F. Supp. 1039 (1969)

13

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*all terminated*

## DESCRIPTION OF LITIGATION

DOCKET NO. 13 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID- AIR COLLISION NEAR HENDERSON, NORTHER CAROLINA, ON JULY 19, 1967.

*Opinion & Order - 1/14/69*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-1 | George E. Farrell, as Administrator de bonis non of the Estate of Wyand F. Doerner, Jr., deceased, et al. v. Piedmont Aviation, Inc., The Boeing Co., United States of America, Rapidair, Inc., and Lanseair, Inc. | 6/21/68 | N.Y., S. | | 2538 / 2993 |
| A-2 | Marian J. Reyolds v. United States of America *dismissed 2/12/71* | 7/18/68 | Mo., W. * | | 4/5/71 2434 / 3033 |
| A-3 | Jacquelyn F. Anderson v. United States America *dismissed 2/12/71* | 7/19/68 | Mo., W. * | | 2435 / 3034 |
| A-4 | Jo K. Krauel v. Piedmont Aviation, Inc., a North Carolina corporation; Rapidair, Inc., a Missouri corporation; Lanseair, Inc., a Missouri corporation, and United States of Am *dismissed 4/15/71* | 11/2/67 | N.C., W. | Jones | 2736 |
| A-5 | Leonard G. Wright (Holt, Dec'd) v. Piedmont Aviation, Inc., et al. *dismissed 8/20/71* | 11/2/67 | " | Jones | 4/5/71 2754 |
| A-6 | Mrs. Mabel F. Vaughn v. Piedmont Aviation, Inc., et al. *dismissed 7/20/71* | 2/1/68 | " | | 2789 |
| A-7 | Mrs. Doris Lavner Feingerts v. Piedmont Aviation, Inc., et al. *dismissed* | 2/1/68 | " | | 2790 |
| A-8 | Mrs. Virginia Lee Lambert v. Piedmont Aviation, Inc., et al. *dismissed 7/20/71* | 2/6/68 | " | | 2793 |
| A-9 | Mrs. Yvonne Malee Gilmore v. Piedmont Aviation, Inc., et al. *dismissed 7/20/71* | 2/16/68 | " | | 2807 |
| A-10 | Mrs. Catherine Segars v. Piedmont Aviation, Inc., et al. *dismissed* | 3/27/68 | " | | 2822 |
| A-11 | Leonard G. Wright (Holt, Dec'd) v. United States of America *dismissed 7/20/71* | 4/9/68 | " | | 2825 |
| A-12 | Jefferson H. Bruton (Little, Dec'd) v. United States of America *dismissed 7/20/71* | 4/24/68 | " | | 2836 |

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NOE 13 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID-AIR COLLISION NEAR HENDERSON/VILLE, NORTH CAROLINA, ON JULY 19, 1967.

*Opinion & Order - 1/14/69*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-13 | Mrs. Doris Lavner Feingerts v. United States of America *dismissed* | 4/24/68 | N.C., W. | | 2839 |
| A-14 | Mrs. Evelyn H. Lewis v. Piedmont Aviation, Inc., et al. *dismissed 7/20/71* | 5/6/68 | " | | 2846 |
| A-15 | Calvin R. Cox v. United States of American *dismissed 7/20/71* | 6/25/68 | " | | 2875 |
| A-16 | J. Wallace Paletou (Ford, Dec'd) v. Piedmont Aviation, Inc., et al. *dismissed 7/20/71* | 7/5/68 | " | Jones | 2880 |
| A-17 | Mrs. Yvonne Malee Gilmore v. United States of America *dismissed 7/20/71* | 7/18/68 | " | " | 2886 |
| A-18 | June McKelvey Salley v. Lanseair, Inc. et al. *dismissed 7/20/71* | 8/15/68 | " | " | 2887 |
| A-19 | June McKelvey Salley v. The United States of America *dis. U.S. only, 7/2/71* *dismissed* | 7/18/68 | " | " | 2888 |
| A-20 | Mattie Zulema Laughlin v. Piedmont Aviation, Inc., et al. *dismissed 4/5/11/26/71* | 7/18/68 | " | " | 2889 |
| A-21 | Jefferson H. Bruton (Hahlbeck, Dec'd) v. Piedmont Aviation, Inc., et al *dismissed 7/14/69* | 7/19/68 | " | " | 2890 |
| A-22 | Jefferson H. Bruton (Kerwin, Dec'd) v. United States of America *DISMISSED 7/20/71* | 8/2/68 | " | | 2898 |
| A-23 | Jefferson H. Bruton (Morgan, Dec'd) v. United States of America *dismissed 7/20/71* | 8/2/68 | " | | 2899 |
| A-24 | Jefferson H. Bruton (Boone, Dec'd) v. United States of America *dis. 7/20/71* | 8/2/68 | " | | 2900 |
| A-25 | Jefferson H. Bruton, (Price, Dec'd) v. United States of America *dismissed 7/20/71* | 8/2/68 | " | | 2901 |
| A-26 | Paul Clarence Freeman, Sr., v. United States of America *dismissed 7/20/71* | 8/9/68 | " | | 2903 |

**DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

### DESCRIPTION OF LITIGATION

DOCKET NO. 13 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID-AID COLLISION NEAR HENDERSON[VILLE], NORTH CAROLINA, ON JULY 19, 1967

*Opinion & Order - 1/14/69*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-27 | J. Wallace Paletou (Ford, Dec'd) v. United States of America *dis. 7/20/71* | 8/9/68 | N.C., W. | | 2904 |
| A-28 | F. F. McNaughton v. United States of America *dismissed 7/20/71* | 8/9/68 | " | | 2905 |
| A-29 | Jefferson H. Bruton (McNaughton, Dec'd) v. United States of America *dismissed 7/20/71* | 8/9/68 | " | | 2906 |
| A-30 | Mrs. Evelyn H. Lewis v. United States of America *dismissed 7/20/71* | 8/12/68 | " | | 2908 |
| A-31 | Jefferson H. Bruton (McNaughton, Dec'd) v. United States of America *dismissed 7/20/71* | 8/12/68 | " | | 2909 |
| A-32 | Jefferson H. Bruton (Philliber, Dec'd) v. United States of America *dismissed 7/20/71* | 8/12/68 | " | | 2910 |
| A-33 | Jefferson H. Bruton (Brown, Dec'd) v. United States of America *dis. 7/20/71* | 8/12/68 | " | | 2911 |
| A-34 | Jefferson H. Bruton (Brown, Dec'd) v. United States of America *dis. 7/20/71* | 8/12/68 | " | | 2912 |
| A-35 | Mrs. Catherine Segars v. United States of America *dismissed 7/20/71* | 8/12/68 | " | | 2913 |
| A-36 | Jefferson H. Bruton (Cutcliff, Dec'd) v. United States of America *dis. 7/20/71* | 8/12/68 | " | | 2914 |
| A-37 | Jefferson H. Bruton (Farmer, Dec'd) v. United States of America *dis. 7/20/71* | 8/12/68 | " | | 2916 |
| A-38 | Henry B. Sinclair (Williamson, Dec'd) v. United States of America *dismissed 6/2/69* | 8/23/68 | " | | 2920 |
| A-39 | Henry B. Sinclair (Williamson, Dec'd) v. United States of America *dismissed 6/2/69* | 8/23/68 | " | | 2921 |
| A-40 | Henry B. Sinclair (Williamson, Dec'd) v. United States of America *dismissed 7/20/71* *dis. U.S. only 5-7-71* | 8/23/68 | " | | 2922 |
| A-41 | Henry B. Sinclair (Green, Dec'd) v. The United States of America *dismissed 7/20/71* | 8/26/68 | " | | 2923 |

# DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 13 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID-AIR COLLISION NEAR HENDERSON/VILLE, NORTH CAROLINA, ON JULY 19, 1967

*Opinion & Order - 1/14/69*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-42 | Jefferson H. Bruton (Simpson, Dec'd) v. United States of America *dismissed 7/20/71* | 8/26/68 | N.C., W. | | 2925 |
| A-43 | Jefferson H. Bruton (Geiger, Dec'd) v. United States of America and Piedmont Aviation Inc., et al. *dis. 7/20/71* | | " | | 2829 |
| A-44 | Jefferson H. Bruton (Bolton, Dec'd) v. United States of American and Piedmont Aviation Inc, et al. *dis. 7/20/71* | | " | | 2833 |
| A-45 | Jefferson H. Bruton (MacKendree, Dec'd) v. United States of America and Piedmont Aviation Inc., et al. *dismissed 7/20/71* | | " | | 2834 |
| A-46 | Jefferson H. Bruton (Chidsey, Dec'd) v. United States of America and Piedmont Aviation Inc., et al. *dis 7/20/71* | | " | | 2837 |
| A-47 | Jefferson H. Bruton (Williamson, Dec'd) v. United States of American and Piedmont Aviation Inc., et al *dismissed 7/20/71* | | " | | 2838 |
| A-48 | Mrs. Virginia Lee Lambert v. United States of American and Piedmont Aviation Inc., et al. *dismissed 7/20/71* | | " | | 2842 |
| A-49 | Jefferson H. Bruton (Below, Dec'd) v. United States of American and Piedmont Aviation Inc., et al. *dis 7/20/71* | | " | | 2851 |
| A-50 | Jefferson H. Bruton (Patterson, Dec'd) v. United States of America and Piedmont Aviation Inc., et al. *dismissed 7/20/71* | | " | | 2854 |
| A-51 | Mrs. Mabel F. Vaughn v. United States of America and Piedmont Aviation Inc., et al. *dismissed 7/20/71* | | " | | 2855 |
| A-52 | Paul Clarence Freeman, Sr. v. Piedmont Aviation Inc., et al. and United States of America *dismissed 7/20/71* | | " | | 2861 |

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 13 -- MULTIDSITRICT CIVIL ACTIONS INVOLVING THE MID-AIR COLLISION NEAR HENDERSON[VILLE], NORTH CAROLINA, ON JULY 19, 1967

*Opinion & Order - 1/14/69*

| No. | Caption | Date Filed | District Court | Judge | D.C. No. |
|---|---|---|---|---|---|
| A-53 | F. F. McNaughton v. Piedmont Aviation Inc., et al. and United States of America *dismissed 7/20/71* | | N.C., W. | | 2870 |
| A-54 | Jefferson H. Bruton (Greene, Dec'd) v. United States of America and Piedmont Aviation Inc., et al. *dis. 7/20/71* | | " | | 2915 |
| A-55 | Hattie Hardee v. Piedmont Aviation Inc. et al. *dis U.S. only* *dismissed 7/20/71* | | " | | 2929 |
| A-56 | Jefferson H. Bruton (Ward, Dec'd) v. United States of America *dismissed* | | " | | 2940 |
| A-57 | C. R. Rouse (Shag, Dec'd) v. United States of America *U.S. only 4/21/71* | | " | | 2944 |
| A-58 | C. R. Rouse (Benham, Dec'd) v. United States of America *dismissed 7/20/71* | | " | | 2945 |
| A-59 | Donald A. Turgeon v. Piedmont Aviation Inc., et al. and United States of America *dismissed 7/20/71* | | " | | 2948 |
| A-60 | Donald A. Turgeon v. United States of America *dismissed 7/20/71* | | " | | 2949 |
| A-61 | Jefferson H. Bruton (Turgeon, Dec'd) v. United States of America *dismissed 7/20/71* | | " | | 2950 |
| A-62 | Mrs. Margarita F. Jimenez v. Piedmont Aviation Inc., et al. and United States of America *dismissed 7/20/71* | | " | | 2952 |
| A-63 | Winifred M. Stephens v. Piedmont Aviation Inc., et al. and United States of America *dismissed 3/29/71* | | " | | 2959 |
| A-64 | Mrs. Margaret F. Jimenez v. United States of America *dismissed 7/20/71* | | " | | 2967 |

DOCKET NO. 13

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID AIR COLLISION NEAR HENDERSONVILLE, NORTH CAROLINA ON JULY 19, 1967

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| X-1 | Lambert v. Lanseair, Inc. *dismissed 7/20/71* | Mo-W/2536 | | 10/25/69 | 3144 §1404 transfer |
| X-2 | Lambert v. United States *dis. 7/20/71* | WVa-S/69-150 | | 11/6/69 | " " 3165 |
| X-3 | Lambert v. Piedmont Aviation *dis. 7/20/71* | WVa-S/69-170 | | 11/13/69 | " " 3155 |
| X-4 | James M. Bowen v. Rapidair, Inc., et al. *dismissed 7/20/71* | N.C.-W/3101 | | NT | |
| X-5 | Calvin R. Cox v. Lanseair, Inc., et al. *dismissed 7/20/71* | NC-W/3104 | | NT | |
| X-6 | Jefferson H. Burton v. U.S., et al. *dismissed 7/20/71* | NC-W/3106 | | NT | |
| X-7 | Edwin R. Groce v. Rapidair, Inc., et al. *dismissed 4-5-71* | NC-W/3107 | | NT | |
| X-8 | Thomas R. Davis v. Rapidair, Inc., et al. *dismissed 4-5-71* | NC-W/3108 | | NT | |
| X-9 | Melva N. Conrad v. Rapidair, Inc., et al. *dismissed 4-5-71* | NC-w/3110 | | NT | |
| X-10 | William E. Anderson v. U.S., et al. *dismissed 3-22-71* | NC-W/3116 | | NT | |
| X-11 | Wilson v. Rapidair, Inc., et al. *dismissed 2-12-71* | NC-W/3109 | | NT | Dism.-10/10/9 |
| XYZ-12 | Ins. Co. of N.A. v. Fed. Ins. *dismissed 2/12/71* | NC-W/3182 | | NT | Dis. 2-12-71 |
| XYZ-13 | Lanseair v. Fed. Ins. Co. *dismissed 2/22/71* | NC-W/3216 | | NT | Dis. 2-22-71 |
| XYZ-14 | Piedmont v. Olympic Ins. Co. *dismissed 2/12/71* | NC-W/3288 | | NT | Dis. 4-5-71 |
| XYZ-15 | First Nat'l Bank of NC. et.al, v. Piedmont Aviation, et al. *dismissed* | NC-W/2902 | | NT | Dis. 10-16-68 |
| XYZ-16 | Henry B. Sinclair, Adm. v. U.S., et al. *dismissed* | NC-W/2985 | | NT | Dis. U.S. 5-7-71 |
| XYZ-17 | Henry B. Sinclair, Adm. v. U.S., et al. *dismissed* | NC-W/2984 | | NT | Dis. U.S. 5-7-71 |
| XYZ-18 | George E. Farrell, Adm. v. Piedmont Avn. *dismissed* | S.D.N.Y. 2538 | | 12/12/68 | NC-W/2993 Dis 4-5-71 |
| XYZ-19 | Thomas R. Davis v. Rapidair, Inc., et al. *dismissed 2/12/71* | NC-W/2996 | | | Dis 4-5-71 |
| XYZ-20 | Melva N. Conrad v. Rapidair, Inc., et al. *dismissed* | NC-W/2997 | | | Dis 4-5-71 |

DOCKET NO. 13

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID AIR COLLISION NEAR HENDERSONVILLE, NORTH CAROLINA ON JULY 19, 1967

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| XYZ-21 | Edwin R. Groce v. Rapidair, Inc., et al. *dismissed 7/20/71* | NC-W/2999 | | | dis. 4-5-71 |
| XYZ-22 | George E. Farrell v. Piedmont Avn. | NC-W/3000 | | | dis. 3/14/69 |
| XYZ-23 | Steven K. Moore v. U.S.A. *dis 2/12/71* | NC-W/3001 | | | dis. 4-5-71 |
| XYZ-24 | Billy T. Rector v. U.S.A. *dis. 2/12/71* | NC-W/3006 | | | dis. 4-5-71 |
| XYZ-25 | Piedmont Avn. v. U.S.A. *dismissed* | NC-W/3007 | | | dis. 4-5-71 |
| XYZ-26 | Blanche Lance Shuler v. U.S.A. *dismissed* | NC-W/3027 | | | dis. 4-5-71 |
| XYZ-27 | Blanche Lance Shuler v. U.S.A. *dis* | NC-W/3028 | | | dis. 4-5-71 |
| XYZ-28 | Blanche Lance Shuler v. Lanseair, Inc. *dismissed* | NC-W/3029 | | | dis. 7/20/71 |
| XYZ-29 | Blanche Lance Shuler v. Lanseair, Inc. *dismissed* | NC-W/3030 | | | dis. 7/20/71 |
| XYZ-30 | C. Edwin Allman, v. U.S.A. | NC-W/3035 | | | |
| XYZ-31 | Jefferson H. Bruton v. U.S.A. | NC-W/3041 | | | dis. 7/20/71 |
| XYZ-32 | American Bank & Trust Co. v. U.S.A. (S.D.N.Y. 3049) *dis* | NC-W/5001 | | 3/17/69 | |
| XYZ-33 | Edwin R. Groce v. Rapidair, Inc. *dismissed 2/12/71* | NC-W/3071 | | | dis. 7/20/71 |
| XYZ-34 | Thelma H. Bubb v. U.S.A. *dismissed* | NC-W/3074 | | | dis 4-5-71 |
| XYZ-35 | Rapidair, Inc. v. Federal Ins. Co *dis 2/12/71* | NC-W/3077 | | | dis. 2-12-71 |
| XYZ-36 | Jefferson H. Bruton v. U.S.Z. *dis* | NC-W/3088 | | | |
| XYZ-37 | Martha Chapman Parker v. U.S.A. *dismissed 7/20/71* | NC-W/3090 | | | |

*Total 101 causes*

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 13 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID-AIR COLLISION NEAR HENDERSONVILLE, NORTH CAROLINA, ON JULY 19, 1967

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | A. Kreindler & Kreindler, 99 Park Ave., New York, New York 10016 | A. Landon Roberts, Esq., P.O. Box 7345, Asheville, N.C. 28807 (Lanseair) |
| A-2 | a. Church, Prewitt, Jones, Wilson & Karchmer, 110 Landmark Bldg., Springfield, 65806 | a. Farrington & Curtis, 750 N. Jefferson Springfield, Mo. (Rapidair)<br>b. John L. Kapnistos, Esq., Asst. U.S. Attorney, Kansas City, Mo. 64106 (US)<br>c. Lawrence J. Galardi, Esq., Asst. Chief Tort Section, Civil Div., Dept. of Justice, Washington, D.C. (US)<br>d. Bussell, Hough & Greene, 1998 S. Glenstone, Springfield, Mo. 65804 |
| A-3 | a. Kenneth H. Reid, Esq., Stewart, Reid & Turner, 826 Woodruff Bldg., Springfield, Mo. 65805<br>b. Tom H. Davis, Esq., Byrd, Davis, Eisenberg & Clark, 214 Austin Nat'l Bank Bldg., Austin, Tex. 78701 | a. same as A-2 (c) |
| A-4 | a. Colson & Hicks, 2nd Floor, Concord Bldg., 66 West Flagler St., Miami, Fla., 33130<br>b. Podhurst & Orseck, 2nd Floor, Concord Bldg., 66 West Flagler St., Miami Fla 33130<br>c. Verne Lawyer, Esq., 427 Fleming Bldg., Des Moines, Iowa 50309<br>d. Eugene H. Phillips, Esq., 421 Reynolds Bldg., Winston-Salem, N.C. 27101 | |
| A-5 | a. Warren C. Stack, Esq., 900 Wachovia Bank Bldg., Charlotte, N.C.<br>b. Donald W. Madole, Esq., Speiser, Shumate, Geoghan & Krause, 851 Nat'l Press Bldg., Wash., D.C. 20004 | |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-6 | a. Same as A-5 (a) and (b) | |
| A-7 | A. Same as A-5 and 6 (a) and (b) | |
| A-8 | A.   "        "        " | |
| A-9 | A.   "        "        " | |
| A-10 | A.   "        "        " | |
| A-11 | A.   "        "        " | |
| A-12 | A.   "        "        " | |
| A-13 | A.   "        "        " | |
| A-14 | A.   "        "        " | |
| A-15 | A.   "        "        " | |
| A-16 | a.   "        "        " | a. Linwood David, Esq. & W.P. Sandridge, Esq. Womble, Carlyle, Sandridge & Rice, P.O. Drawer 84, Winston-Salem, N.C. 27102 (Piedmont) <br> B. Same as A-2 (d) amd A-1 (a) |
| A-17 | A. Same as A-5 (a) and (b) | |
| A-18 | A. Van Winkle, Buck, Wall, Starnes & Hyde, 18-1/2 Church St., Asheville, N.C. 28801  Herbert Hyde, Esq. | a. Same as A-2 (d) and A-1 (a) and A-16(a) <br> b. William Medford, Esq., U.S. Attorney P.O. Box 132, Asheville, N.C. 28802 |
| A-19 | A. Same as A-18 (a) | A. Same as A-18(b) |
| A-20 | A. Sames, Anderson, Alper & Spencer, 66 West Flagler, Miami, Fla., 33130 <br><br> B. Jefferson H. Bruton, Esq., Crowell and Crowell, Northwestern Bank Bldg., Hendersonville, N.C. 28730 | A. Same as A-2(d) and A-1(a) and A-16(a) <br><br> B. Harry Dumont, Esq., 311 Jackson Bldg., Asheville, N.C. 28802 |
| A-21 | a. Collier, Shannon & Rill 1625 Eye Street, N.W. Wash., D.C. 20006 <br><br> b. same as A-20(b) | A. same as A-16(a) and A-2(d) & A-1(a) |
| A-22 | A. William Medford, U.S. Attorney Post Office Box 132, Asheville, N.C. 28802 | A. same as A-16(a) and A=1(a) and A-2(d) |
| A-23 | A. Same as A-22(a) | A.   "        "        "        " |
| A-24 | A.   " | A.   "        "        "        " <br> B. HarryxDumont Same as A-20(b) |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 13 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID-AIR COLLISION NEAR HENDERSONVILLE, NORTH CAROLINA, ON JULY 19, 1967

| No. | Plaintiff | Defendant |
|---|---|---|
| A-25 | Same as A-5(a) and (b) | A. Same as A-16(a), A-2(d), A-1(A) and A-20(B) |
| A-26 | "        "        " | A.  "        "        " |
| A-27 | "        "        " | A.  "        "        " |
| A-28 | a. "        "        "<br><br>b. Eliff and Keyser<br>Fourth & Broadway Bldg.<br>Pekin, Ill 61554<br><br>Hedrick & Lane<br>1001 Connecticut Ave., N.W.<br>Washington, D. C. | A.  "        "        " |
| A-29 | a. Same as A-5(a) and (b) and A-28(a) and (b) | A. U. S. Attorney |
| A-30 | a. Same as A-5(a) and (b) | A. Same as A-1(a), A-2(d), A-16(a), and A-20(b) |
| A-31 | a. "        "        " | A.  "        "        " |
| A-32 | a. "        "        " | A. U.S. Attorney |
| A-33 | a. "        "        " | A. Same as A-1(a), A-2(d), A-16(a), and A-20(b) |
| A-34 | a. "        "        " | A.  "        "        " |
| A-35 | a. "        "        " | A.  "        "        " |
| A-36 | a. "        "        " | A.  "        "        " |
| A-37 | a. "        "        " | A.  "        "        " |
| A-38 | a. Same as A-4(a) and (b) and (d) | A. U.S. Attorney |
| A-39 | A. "        "        " | A.  " |
| A-40 | A. "        "        " | A.  " |
| A-41 | A. "        "        " | A.  " |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-3 | PLAINTIFF, FIRST NATL BANK OF N.C.<br>Preiser, Greene & Hunt, P.O. Box 2506<br>   1012 Kanawha Blvd., East,<br>   Charleston, West Va.  25329<br><br>Wade Hall, Esq., Gennett Bldg.,<br>   Asheville, N.C.  28801<br><br>c.  A. Ronald Stewart, Esq.<br>   1003 Woodruff Building<br>   Springfield, Mo  33130 | THE BOEING COMPANY<br>Benjamin E. Haller, Esq.<br>   Hill, Betts, Yamsoka, Freehill & Longcope<br>   26 Broadway<br>   New York, New York  10004<br><br>LANSEAIR, INC.<br>Bigham, Englar, Jones & Houston<br>   99 John Street<br>   New York, New York  10038 |
| A-55 | PLAINTIFF HARDEE<br><br>Richard B. Ford, Esq.<br>   303 Northwestern Bank Bldg.<br>   Asheville, North Carolina  28801<br><br>Mathews, Osborne & Ehrlick<br>   1530 American Heritage Life Bldg.<br>   Jacksonville, Fla.  32202 | RAPIDAIR, INC.<br>Haight, Gardner, Poor & Havens<br>   80 Broad Street<br>   New York, New York  10004<br><br>PIEDMONT AVIATION, INC.<br>Chadbourne, Parke, Whiteside & Wolff<br>   25 Broadway<br>   New York, New York  10004 |
| A-57 | PLAINTIFF ROUSE<br><br>Redden, Redden & Redden<br>   310 Northwestern Bank Building<br>   Hendersonville, N.C.  28739<br><br><br><br>Federal Aviation Administration<br>Department of Transportation<br>Washington, D.C.  20590<br>   Attn:  General Counsel | TURGEON - A-59<br>Harold K. Bennett, Esq.<br>   410 Gennett Building<br>   Asheville, N.C.  28807<br><br>Miller, Gann & Perdue<br>   2110 South Coast Building<br>   Houston, Texas  77002<br><br><br>Robert M. Morgenthau, Esq.<br>   United States Attorney<br>   New York, New York  10007<br><br>Calvin K. Hamilton, Esq.<br>   United States Attorney<br>   Kansas City, Missouri  64106 |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 13 - MULTIDISTRICT CIVIL ACTIONS INVOLVING THE MID-AIR COLLISION NEAR HENDERSON[VILLE], NORTH CAROLINA, ON JULY 19, 1967

| No. | Plaintiff | Defendant |
|---|---|---|
| A-42 | A. Same as A-5(a) | A. Same as A-2(d), A-1(a) A-16(a) and A-18(b) |
| A-43 | A. Same as A-5(a) and (b)<br>Spieser, Shumate, Geoghan & Crouse<br>200 Park Avenue<br>New York, New York 10017 | A. Same as A-1(a), A-2(d), A-16(a), A-18(b), A-20(b) and Rapidair |
| A-44 | A. Same as A-43 | A. Same as A-43 |
| A-45 | " | " |
| A-46 | " | " |
| A-47 | " | " |
| A-48 | " | " |
| A-49 | " | " |
| A-50 | " | " |
| A-51 | " | " |
| A-52 | " | " |
| A-53 | " | " |
| A-54 | " | " |
| A-55 | A. Richard B. Ford, Asheville, N.C.<br>and Mathew, Osborne & Ehrlich<br>Jacksonville, Fla. | " |
| A-56 | A. Same as A-43 | A. " |
| A-57 | A. Redden, Redden & Redden, Hendersonville, N.C. | A. " |
| A-58 | A. Same as 57-A | A. " |
| A-59 | A. Harold K. Bennett, 410 Gennett Bldg. Asheville, N.C.<br>& Miller, Gann & Perdue, Houston | A. " |
| A-60 | A. " " | A. " |
| A-61 | A. " " | A. " |
| A-62 | A. Same as A-43 | A. " |
| A-63 | A. Spence, Paxon, Massington<br>801 City National Bank Building<br>25 West Flagler Street<br>Miami, Florida 33130 | A. " |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-63 cont | B.  Abel Hrighau, Esquire<br>211 Jackson Street<br>Tampa, Florida  33602 | |
| A-64 | A. Same as A-43 | Same as A-43 |