*297 F. Supp. 1039*

FILED

JAN 1 4 1969



JUDICIAL PANEL FOR
MULTIDISTRICT LITIGATION
PER ~~~~~
PROVISIONAL CLERK

THE JUDICIAL PANEL
ON
MULTIDISTRICT LITIGATION

IN RE MULTIDISTRICT CIVIL ACTIONS )
INVOLVING THE MID-AIR COLLISION NEAR )
HENDERSONVILLE, NORTH CAROLINA ON ) DOCKET NO. 13
JULY 19, 1967 )

OPINION AND ORDER TRANSFERRING MULTIDISTRICT
CIVIL ACTIONS UNDER SECTION 1407, TITLE 28,
UNITED STATES CODE, TO THE WESTERN DISTRICT
OF NORTH CAROLINA

---

BEFORE ALFRED P. MURRAH, CHAIRMAN, AND JOHN MINOR WISDOM,
EDWARD WEINFELD, EDWIN A. ROBSON, WILLIAM H. BECKER, JOSEPH
S. LORD, III, AND STANLEY A. WEIGEL, JUDGES OF THE PANEL

---

PER CURIAM

On July 19, 1967, a Boeing 727 being operated by

Piedmont Aviation, Inc., collided in mid-air with a private

aircraft near Hendersonville, North Carolina resulting in

the death of 82 persons. Litigation has been commenced in

various federal and state courts on behalf of the estates

of many of the persons who died in this catastrophe. On

November 19, 1968, the defendant Lanseair, Inc., filed a

motion with this Panel requesting the transfer of all pending

federal actions to the United States District Court for the

Western District of North Carolina for coordinated or

consolidated pretrial proceedings. At that time, there

were 61 cases pending in the Western District of North

Carolina, two pending in the Western District of Missouri and one case, involving claims by the estates of thirteen decedents, pending in the Southern District of New York.[1] (See Schedule A)  Oral argument on this motion was held in Chicago, Illinois on December 6, 1968.

Prior to this hearing, Judge Inzer B. Wyatt of the Southern District of New York, transferred the case pending in that court to the Western District of North Carolina for all purposes pursuant to 28 U.S.C. §1404(a).  A motion to transfer the two Western District of Missouri cases under Section 1404(a) was also filed in that court but disposition of it has been deferred pending disposition of the motion before us.

All parties were represented at the December 6th hearing and although all favored consolidated or coordinated pretrial proceedings in the Western District of North Carolina,[2] counsel disagreed as to the proper action to be taken by us and the timing of such action.

Counsel representing the United States in the two cases pending in Missouri urged us to take no action on the Section 1407 motion until the motion to transfer those two cases to the Western District of North Carolina for all purposes pursuant

---

[1]  At the hearing, we were furnished with an affidavit which relates that thirty-five related cases are pending in state courts in North Carolina and Illinois.

[2]  We note that the federal court and the North Carolina state court are cooperating with regard to discovery.  We think such cooperation between state and federal courts promotes the *just and efficient conduct* of such litigation and is to be highly commended.

to Section 1404(a) is ruled on by Judge Collinson.  Counsel
for the plaintiffs requested an immediate Section 1407 transfer
and point out quite correctly that Judge Collinson may con-
sider transfer of the cases for trial under Section 1404(a)
following completion of pretrial proceedings.  It is also
urged that these two cases are somewhat different from the
other actions involved in this litigation as they have been
brought to the representatives of the estates of the two
passengers of the *private plane*.  We do not decide whether
this difference will make a subsequent consolidation for
trial inappropriate but it is uncontroverted that transfer
for coordinated or consolidated *pretrial proceeding* will be
for the convenience of parties and witnesses and will promote
the just and efficient conduct of these actions.  We see no
reason to delay such a transfer.

Counsel for the plaintiffs in the New York case favored
transfer of that case for coordinated or consolidated pre-
trial proceedings under Section 1407, but strongly opposed
the Section 1404(a) transfer and have announced their
intention to seek review of Judge Wyatt's order by an appro-
priate extraordinary writ.  They urged us to transfer that
case pursuant to Section 1407 so that consolidated pretrial
proceedings may proceed while they seek review of the Section
1404(a) transfer.

- 4 -

Assuming, without deciding, that we still have jurisdiction to transfer the New York case,[3] we decline to do so for action by the Panel at this time could disrupt the review proceeding now in process. *Cf. In re Multidistrict Civil Treble Damage Antitrust Litigation Involving Plumbing Fixtures,* ____ F.Supp.____ (Judicial Panel on Multidistrict Litigation, December 27, 1968). If the Section 1404(a) transfer order is set aside, the parties may request a transfer under Section 1407 and in the meantime they may make arrangements to participate in the discovery taking place in North Carolina.[4]

IT IS THEREFORE ORDERED that the two cases listed on the attached Schedule A now pending in the Western District of Missouri be and they are hereby transferred for coordinated or consolidated pretrial proceedings to the Western District of North Carolina and with the consent of the court heretofore filed with the Clerk of the Panel, assigned to the Honorable Woodrow Wilson Jones.

Attachment

---

[3] Counsel for the defendants argue that this case is no longer *pending* in the Southern District of New York and thus may not be transferred under Section 1407.

[4] Counsel for the plaintiffs filed an affidavit with the Panel agreeing to be bound by the North Carolina discovery proceedings. Counsel representing the defendant at the December 6, 1968 hearing also agreed to participate in and be bound by the North Carolina discovery proceedings.

SCHEDULE A

### SOUTHERN DISTRICT OF NEW YORK

1. George E. Farrell v. Piedmont Aviation,
   Inc., et al.                                Civil Action
                                               No. 2538

### WESTERN DISTRICT OF MISSOURI

2. Marian J. Reynolds v. United States of     Civil Action
   America                                     No. 2434

3. Jacquelyn F. Anderson v. United States     Civil Action
   of America                                  No. 2435

### WESTERN DISTRICT OF NORTH CAROLINA

4. Jo K. Krauel v. Piedmont Aviation, Inc.,   Civil Action
   et al. and United States of America         No. 2736

5. Leonard G. Wright v. Piedmont Aviation,    Civil Action
   Inc., et al.                                No. 2754

6. Mrs. Mabel F. Vaughn v. Piedmont Aviation, Civil Action
   Inc., et al.                                No. 2789

7. Mrs. Doris Lavner Feingerts v. Piedmont    Civil Action
   Aviation, Inc., et al.                      No. 2790

8. Mrs. Virginia Lee Lambert v. Piedmont      Civil Action
   Aviation, Inc., et al.                      No. 2793

9. Mrs. Yvonne Malee Gilmore v. Piedmont      Civil Action
   Aviation, Inc., et al.                      No. 2807

10. Mrs. Catherine Segars v. Piedmont         Civil Action
    Aviation, Inc., et al.                     No. 2822

11. Leonard G. Wright v. United States of     Civil Action
    America                                    No. 2825

12. Jefferson H. Bruton v. United States      Civil Action
    of America                                 No. 2836

13. Mrs. Doris Lavner Feingerts v. United     Civil Action
    States of America                          No. 2839

- 2 -

14. Mrs. Evelyn H. Lewis v. Piedmont Aviation      Civil Action
    Inc., et al.                                    No. 2846

15. Calvin R. Cox v. United States of America       Civil Action
                                                    No. 2875

16. J. Wallace Paletou v. Piedmont Aviation         Civil Action
    Inc., et al.                                    No. 2880

17. Mrs. Yvonne Malee Gilmore v. United             Civil Action
    States of America                               No. 2886

18. June McKelvey Salley v. Lanseair, Inc.,         Civil Action
    et al.                                          No. 2887

19. June McKelvey Salley v. United States           Civil Action
    of America                                      No. 2888

20. Mattie Zulema Laughlin v. Piedmont              Civil Action
    Aviation Inc., et al.                           No. 2889

21. Jefferson H. Bruton v. Piedmont                 Civil Action
    Aviation Inc., et al.                           No. 2890

22. Jefferson H. Bruton v. United States            Civil Action
    of America                                      No. 2898

23. Jefferson H. Bruton v. United States            Civil Action
    of America                                      No. 2899

24. Jefferson H. Bruton v. United States            Civil Action
    of America                                      No. 2900

25. Jefferson H. Bruton v. United States            Civil Action
    of America                                      No. 2901

26. Paul Clarence Freeman, Sr. v. United            Civil Action
    States of America                               No. 2903

27. J. Wallace Paletou v. United States             Civil Action
    of America                                      No. 2904

28. F. F. McNaughton v. United States of            Civil Action
    America                                         No. 2905

29. Jefferson H. Bruton v. United States            Civil Action
    of America                                      No. 2906

30. Mrs. Evelyn H. Lewis v. United States           Civil Action
    of America                                      No. 2908

31.  Jefferson H. Bruton v. United States of            Civil Action
     America                                            No. 2909

32.  Jefferson H. Bruton v. United States of            Civil Action
     America                                            No. 2910

33.  Jefferson H. Bruton v. United States of            Civil Action
     America                                            No. 2911

34.  Jefferson H. Bruton v. United States of            Civil Action
     America                                            No. 2912

35.  Mrs. Catherine Segars v. United States             Civil Action
     of America                                         No. 2913

36.  Jefferson H. Bruton v. United States of            Civil Action
     America                                            No. 2914

37.  Jefferson H. Bruton v. United States of            Civil Action
     America                                            No. 2916

38.  Henry B. Sinclair v. United States of              Civil Action
     America                                            No. 2920

39.  Henry B. Sinclair v. United States of              Civil Action
     America                                            No. 2921

40.  Henry B. Sinclair v. United States of              Civil Action
     America                                            No. 2922

41.  Henry B. Sinclair v. United States of              Civil Action
     America                                            No. 2923

42.  Jefferson H. Bruton v. United States of            Civil Action
     America                                            No. 2925

43.  Jefferson H. Bruton v. United States of            Civil Action
     America and Piedmont Aviation Inc.,                No. 2829
     et al.

44.  Jefferson H. Bruton v. United States of            Civil Action
     America and Piedmont Aviation Inc.,                No. 2833
     et al.

45.  Jefferson H. Bruton v. United States of            Civil Action
     America and Piedmont Aviation Inc.,                No. 2834
     et al.

46.  Jefferson H. Bruton v. United States of            Civil Action
     America and Piedmont Aviation Inc.,                No. 2837
     et al.

– 4 –

47. Jefferson H. Bruton v. United States of       Civil Action
    America and Piedmont Aviation Inc.,          No. 2838
    et al.

48. Mrs. Virginia Lee Lambert v. United          Civil Action
    States of America and Piedmont              No. 2842
    Aviation  Inc., et al.

49. Jefferson H. Bruton v. United States of       Civil Action
    America and Piedmont Aviation Inc.,          No. 2851
    et al.

50. Jefferson H. Bruton v. United States          Civil Action
    of America and Piedmont Aviation            No. 2854
    Inc., et al.

51. Mrs. Mabel F. Vaughn v. United States of      Civil Action
    America and Piedmont Aviation Inc.,          No. 2855
    et al.

52. Paul Clarence Freeman, Sr. v. Piedmont        Civil Action
    Aviation Inc., et al. and United            No. 2861
    States of America

53. F. F. McNaughton v. Piedmont Aviation         Civil Action
    Inc., et al. and United States of           No. 2870
    America

54. Jefferson H. Bruton v. United States of       Civil Action
    America and Piedmont Aviation Inc.,          No. 2915
    et al.

55. Hattie Hardee v. Piedmont Aviation Inc.,      Civil Action
    et al.                                       No. 2929

56. Jefferson H. Bruton v. United States of       Civil Action
    America                                      No. 2940

57. C. R. Rouse v. United States of               Civil Action
    America                                      No. 2944

58. C. R. Rouse v. United States of               Civil Action
    America                                      No. 2945

59. Donald A. Turgeon v. Piedmont Aviation        Civil Action
    Inc., et al. and United States of           No. 2948
    America

60. Donald A. Turgeon v. United States of         Civil Action
    America                                      No. 2949

- 5 -

| | | |
|---|---|---|
| 61. | Jefferson H. Bruton v. United States of America | Civil Action No. 2950 |
| 62. | Mrs. Margarita F. Jimenez v. Piedmont Aviation Inc., et al. and United States of America | Civil Action No. 2952 |
| 63. | Winifred M. Stephens v. Piedmont Aviation Inc., et al. and United States of America | Civil Action No. 2959 |
| 64. | Mrs.  Margarita F. Jimenez v. United States of America | Civil Action No. 2967 |